UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| JEFFREY RANDALL NEWTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV412-072 |
| ) | |
| CORIZON HEALTHCARE and ) | |
| MAJOR ENOCH, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Jeffrey Randall Newton moves to voluntarily dismiss his 42 U.S.C. § 1983 complaint. (Doc. 3.) Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Newton may voluntarily dismiss his complaint without court order since the complaint has yet to be served. Plaintiff's motion is **GRANTED** and this case is hereby **DISMISSED**.

**SO ORDERED** this 22nd day of March, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA